**HAWTHORNE SAVINGS F.S.B.; Hawthorne Financial Corporation, Plaintiffs–Appellees,**

v.

**RELIANCE INSURANCE COMPANY OF ILLINOIS, Defendant–Appellant.**

Hawthorne Savings F.S.B.; Hawthorne Financial Corporation, Plaintiffs–Appellees,

v.

M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania, in her capacity as Liquidator of Reliance Insurance Company, Intervenor–Appellant,

**Reliance Insurance Company of Illinois, Defendant.**

Nos. 03–55548, 03–55611.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 6, 2004.

Filed Aug. 24, 2005.

Amended Jan. 13, 2006.

W. Wendell Hall and Rosemarie Kanusky, Fulbright & Jaworski L.L.P., San Antonio, TX, Claudia Morehead and Robert S. Schulman, Fulbright & Jaworski L.L.P., Los Angeles, CA, and Oscar Rey Rodriguez, Fulbright & Jaworski L.L.P., Dallas, TX, for the defendant-appellant.

Pamela H. Woldow, Chief Counsel, Insurance Department, Commonwealth of Pennsylvania, Harrisburg, PA, for the intervenor-appellant.

Jeffrey A. Tidus and David P. Crochetiere, Baute & Tidus LLP, Los Angeles, CA, for the plaintiffs-appellees.

Before BROWNING, PREGERSON, and BERZON, Circuit Judges.

### ORDER

The Opinion filed on August 24, 2005 and appearing at 421 F.3d 835 (9th Cir. 2005) is hereby amended as follows:

1) 421 F.3d at 852, Slip Op. p. 11371, third to last line: after "state court do" add "under the Uniform Insurers Liquidation Act (UILA), CAL. INS. CODE §§ 1064.1–.12"

2) 421 F.3d at 852, Slip Op. p. 11372, lines 5–6: replace "Uniform Insurers Liquidation Act (UILA), CAL. INS. CODE §§ 1064.1–.12" with "UILA"

3) 421 F.3d at 856, Slip Op. p. 11378, line 16: after "stay its proceedings" add "under the UILA"